IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ALABAMA

In Re:                                )
                                      )
   ANTWONE CALLOWAY and        )    CASE NO.: 19-40482
   NAKITA CALLOWAY,            )    CHAPTER 13
                                      )
Debtors.                              )
                                      )

WITHDRAWAL OF OBJECTION TO CONFIRMATION

      TitleMax of Alabama, Inc. ("TitleMax") withdraws its Objection to Confirmation (Doc. 28) and Amended Objection to Confirmation (Doc. 36). In support thereof, TitleMax states that the Debtor filed an Amended Plan (Doc. 57) providing for surrender of the 2007 Chevrolet Tahoe to TitleMax. Accordingly, TitleMax's objection is moot.

      Respectfully Submitted,

      /s Jeffrey L. Ingram
      Jeffrey L. Ingram, Esq.

OF COUNSEL:

GALESE & INGRAM, P.C.
800 Shades Creek Pkwy, Suite 300
Birmingham, Alabama 35209
Tel: (205) 870-0663
Fax: (205) 870-0681

## CERTIFICATE OF SERVICE

  I hereby certify that I have served a copy of the above and foregoing pleading by upon all counsel of record through the Court's electronic filing system and U.S. Mail on this 3rd day of September, 2019 as follows:

Debtor's Attorney
Leroy A. Cobb
P.O. Box 306
Anniston, AL 36202
Cobblawfirm@gmail.com

Bankruptcy Trustee
Linda Baker Gore
P.O. Box 1338
Gadsden, AL 35902
noticetrustee@ch13gadsden.com

Antwone Calloway
Nakita Calloway
2423 Gunnels Lane
Oxford, AL 36203

                 /s Jeffrey L. Ingram